IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAMERON RIGSBY, )<br>  aka Cam Shaft, )<br>)<br>Defendant. )<br>_____ ) | Case No. 24-10141-02-EFM |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Debra L. Barnett, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Cameron Rigsby. In support of this Motion, the United States avers:

1. Defendant was charged in this district by an Indictment on November 26, 2024.

2. Defendant is detained and currently in the custody of the Kansas Department of Corrections, Norton Correctional Facility, 11130 Road E4, Norton, Kansas.

3. Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal or any

other law enforcement agency, to produce the defendant and detainee, Cameron Rigsby, forthwith and for any further proceedings to be held in this cause.

    Respectfully submitted,

    KATE A. BRUBACHER
    United States Attorney

    s/Debra L. Barnett
    DEBRA L. BARNETT
    Assistant United States Attorney
    District of Kansas
    301 N. Main, Suite 1200
    Wichita, KS 67202
    (316) 269-6481
    (316) 269-6484 (Fax)
    Ks.S.Ct.No. 12729
    debra.barnett@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    s/ Debra L. Barnett
    DEBRA L. BARNETT
    Assistant United States Attorney