COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 1/3/25

United States of America,

    Plaintiff,

v.

Cameron Rigsby,

    Defendant.

Case No. 24-10141-02-EFM

| | |
|---|---|
| JUDGE: ☐ Birzer ☒ Severson | AUSA: Kari Burks |
| DEPUTY CLERK: ☒ Anderson ☐ Carter | DEFENSE COUNSEL: Robert Moody |
| INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn | TAPE NO.: 1:30 - 1:32 |

## PROCEEDINGS

- ☐ Initial Appearance
- ☐ Initial Rule 5(c)(3)
- ☐ Sentencing
- ☐ In-Court Hearing: _____
- ☐ Arraignment    ☐ Reading waived
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Change of Plea
- ☐ Read to Defendant
- ☐ Bond Rev. Hrg
- ☒ Pretrial Conference
- ☐ Not Guilty Plea Entered

- ☐ Complaint    ☒ Indictment    ☐ Information    ☐ Pet. Revoke Supervision    ☒ No. Counts: 17    ☒ Forfeiture
- ☒ Felony    ☐ Misdemeanor
- ☐ Charges/Viols. and penalties explained to Defendant
- ☐ Constitutional rights explained
- ☐ Defendant affirmation/sworn    ☐ Examined re: financial status    ☐ Counsel appointed
- ☐ Due Process Protections Act advisement given
- ☐ Defendant given Consular Notification
- ☐ Advised of rights under Rule    ☐ 20    ☐ 5(c)(3)    ☐ Transfer to: _____
- ☐ Signed Wvr Ind    ☐ Signed Consent to MJ    ☐ Petition to Plea filed    ☐ Plea Agmt filed    ☐ PSI ordered

- ☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
- ☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
- ☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
- ☐ Oral Motion by Government for pretrial detention is    ☐ granted. ☐ denied. ☐ withdrawn.
- ☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
- ☒ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
- ☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
- ☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
- ☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

- ☐ Release ordered
- ☒ Detention ordered
- ☐ Bond fixed at: $ _____
- ☒ Remanded to custody
- ☐ Continued on present bond/conditions

Defendant's next appearance:    ☐ as directed before Judge _____
    ☒ per the Scheduling Order of Judge Melgren
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____