# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                    Case No. 24-10141-02-EFM

**CAMERON RIGSBY,**

      Defendant.

### UNITED STATES' MOTION TO FILE RESPONSE OUT OF TIME

Comes now, the United States of America, by and through its attorney, Debra L. Barnett, Assistant United States Attorney, for the District of Kansas, and respectfully requests leave to file the United States' response to Defendant Cameron Rigsby's Motion to Compel Discovery (Doc. 69) out of time.

In support of said motion, the United States would show the following:

1.    On July 3, 2025, Defendant Rigsby filed a Motion to Compel Discovery (Doc. 69).

2.    The government's response to defendant's motion was due on July 17, 2025.

3. The undersigned Assistant United States Attorney made a mistake when determining the date upon which her response was due and she apologizes to the Court and Mr. Miller for that error.

5. Defendant is in custody and currently represented by David Miller.

WHEREFORE, the United States respectfully requests that this motion be granted and that the United States be allowed to file its response to Defendant Rigsby's Motion to Compel Discovery (Doc. 69) out of time.

                                        Respectfully submitted,

                                        DUSTON J. SLINKARD
                                        Acting United States Attorney

                                        /s/ Debra L. Barnett
                                        DEBRA L. BARNETT
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        301 N. Main, Suite 1200
                                        Wichita, Kansas 67202
                                        316-269-6481
                                        K.S.Ct.No. 12729
                                        debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to Defendant Rigsby's counsel, David Miller.

                                        s/ Debra L. Barnett
                                        DEBRA L. BARNETT
                                        Assistant U.S. Attorney